```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 54122
   DOUGLAS WOOD
   MARTHA WOOD                            CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-7930    SSN XXX-XX-8606
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/14/05 and confirmed on 01/13/06.

   2.  The case was converted to Chapter 7 after confirmation, 10/22/2007.

   3.  The Debtor paid a total of $ 14000.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| ACCELERATED REHABILITATI | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ACCELERATED REHABILITATI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 876.46 | .00 | 335.34 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 405.64 | .00 | 188.88 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5169.39 | .00 | 1820.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 850.76 | .00 | 299.91 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4700.20 | .00 | 1542.49 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHIROPRACTIC CARE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 4046.59 | .00 | 1440.67 |
| MIDWEST SURGERY CENTER | UNSECURED | 252.00 | .00 | 89.60 |
| MIDWEST WOMEN OBGYN | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPEDIC ASSOC OF CHIC | UNSECURED | 9028.24 | .00 | 3214.29 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 4490.09 | .00 | 1591.03 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1506.60 | .00 | 530.56 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1736.04 | .00 | 520.28 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00         .00    33062.01         .00    33062.01
PRINCIPAL PAID                  .00         .00    11573.98         .00    11573.98
INTEREST PAID                   .00         .00         .00         .00         .00
TOTAL PAID                      .00         .00    11573.98         .00    11573.98
```
The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $  2913.65 and was paid $    971.00  direct and $   1942.65  through the plan.

The Trustee received $    483.37 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/08                    /S/
                                                GLENN STEARNS
                                                CHAPTER 13 TRUSTEE